# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. SPARKS, | 1:07-cv-01688-AWI-TAG HC |
| Petitioner, | ORDER FOR ADDITIONAL BRIEFING ON LIMITED ISSUES |
| v. | |
| D. SMITH, Warden, | Respondent's deadline to file additional brief: June 6, 2008 |
| Respondent. | Petitioner's deadline to file additional brief: June 17, 2008 |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 13, 2007, Petitioner filed an amended petition for writ of habeas corpus. (Doc. 4). On February 22, 2008, Respondent filed a motion to dismiss the amended petition as premature. (Doc. 11). On April 10, 2008, Petitioner filed a response to the motion to dismiss. (Doc. 12). The Court has considered the pleadings, concludes that they do not address all of the relevant issues, and therefore finds that good cause exists to require additional briefing, as set forth below.

**ORDER**

The Court orders as follows:

1. The parties are DIRECTED TO FILE additional briefing addressing the following issues:

    A. Whether the Bureau of Prisons has evaluated Petitioner for placement in a Residential Re-entry Center since the date the petition was filed;[1]

---

[1] Petitioner's response to the motion to dismiss alleges that "Petitioner has already been considered and approved for placement into Community Custody for a maximum of six months due to the unconstitutional time restraints imposed by CFR 570.20 and 570.21." (Doc. 12, p. 2). This appears to be a legal argument, however it is also somewhat ambiguous.

1    B. Whether Petitioner is entitled to receive copies of his medical records, as
2 requested in the amended petition (Doc. 4, p. 9), and if so, whether and to what extent he has been
3 provided such copies.
4    C. Whether Respondent's failure to address the medical records issue in its
5 motion to dismiss necessitates denial of the motion.
6   2. Respondent shall file his additional briefing no later than June 6, 2008.
7   3. Petitioner shall file his additional briefing no later than June 17, 2008.

11 IT IS SO ORDERED.
12 Dated:   **May 23, 2008**                                     /s/ Theresa A. Goldner
                                                          UNITED STATES MAGISTRATE JUDGE

---

The Court seeks clarification as to whether the allegation that Petitioner has "already been considered and approved for placement" is merely a legal argument, or whether an evaluation has actually been conducted since the date the petition was filed.