# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. SPARKS,<br><br>         Petitioner,<br><br>   v.<br><br>D. SMITH, Warden,<br><br>         Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:07-cv-01688-AWI-TAG HC

ORDER DISREGARDING AS MOOT
PETITIONER'S MOTION TO AMEND

(Doc. 3)

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 21, 2007, Petitioner filed a petition for writ of habeas corpus. (Doc. 1). On December 13, 2007, Petitioner filed an amended petition. (Doc. 4). On that same date, Petitioner filed a motion for leave to substitute an amended petition for the original petition. (Doc. 3). On January 18, 2008, the Court ordered Respondent to file an answer to the amended petition, thus effectively permitting the filing of the amended petition. (Doc. 7). Accordingly, Petitioner's motion to amend is now moot.

Therefore, it is HEREBY ORDERED that Petitioner's motion to amend the petition (Doc. 3), is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:   **July 23, 2008**

                                    **/s/ Theresa A. Goldner**
                                    UNITED STATES MAGISTRATE JUDGE