UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. SPARKS, | ) 1:07-cv-01688-AWI-TAG HC |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND ) RECOMMENDATION ) (Doc. 15) |
| v. | ) |
| D. SMITH, Warden, | ) ORDER GRANTING RESPONDENT'S ) MOTION TO DISMISS (Doc. 11) |
| Respondent. | ) ORDER DIRECTING RESPONDENT TO RE-) SERVE PETITIONER WITH RESPONDENT'S ) ADDITIONAL BRIEF |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On December 13, 2007, Petitioner filed an amended petition.  The petition contains three grounds for relief.  First, Petitioner alleges that the Bureau of Prisons ("BOP") has refused to provide him with an immediate assessment pursuant to 18 U.S.C. § 3621(b), to determine if he is eligible for six months of pre-release placement at a Residential Re-entry Center.  Petitioner alleges that the BOP's failure to provide such an assessment is in violation of federal law, i.e., § 3621(b).  Second, Petitioner seeks an order from this court directing Respondent to provide Petitioner with all medical records relating to his health condition.  Third, Petitioner seeks an order declaring any RRC assessment that relies upon criteria in 18 U.S.C. §§ 3621, 3622, and 3624(c), to be unconstitutional unless all five criteria in Section 3621(b) are considered, and

requiring Respondent to conduct an immediate RRC "home confinement" placement assessment for Petitioner.

On February 22, 2008, Respondent filed a motion to dismiss the amended petition on the grounds that it was premature. (Doc. 11). On June 23, 2008, after ordering and receiving additional briefing from Respondent on the issue of providing medical records to Petitioner, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Petitioner's motion be granted and that the petition for writ of habeas corpus be dismissed. (Doc. 15). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On July 1, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendation. (Doc. 16). In the objections, Petitioner states he did not receive a copy of Respondent's additional briefing.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Respondent is entitled to have the claims addressed in Respondent's motion to dismiss dismissed from this action. The Magistrate Judge found these claims concerning assessment pursuant to 18 U.S.C. § 3621 and determination of pre-release placement are moot, and Petitioner's objections present no grounds for questioning the Magistrate Judge's conclusion. Thus, the motion to dismiss can be granted and these claims shall be dismissed.

However, it appears that the medical record claim, not addressed by Respondent in the motion to dismiss, cannot be resolved at this time. Petitioner claims he did not receive a copy of Respondent's additional briefing. Petitioner also claims he still has not received the relevant medical records. Based on the objections, the court cannot find that the medical record claim is moot. The remaining medical record claim will be referred to the Magistrate Judge for further proceedings.

//

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 23, 2008 are ADOPTED;
2. Respondent's motion to dismiss (Document #11) is GRANTED;
3. All claims are dismissed from this action except Petitioner's claim concerning access to medical records;
4. Respondent SHALL serve Petitioner with a copy of Respondent's additional brief within fifteen days of this order's date of service;
5. Petitioner SHALL file any opposition to Respondent's additional brief within thirty days of this order's date of service;
6. Respondent SHALL file any reply to Petitioner's opposition fifteen days after Petitioner's opposition is filed in this court;
7. This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:    September 6, 2008**               /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE