UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD G. SPARKS, | ) | 1:07-cv-01688 AWI-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 21) |
| v. | ) | |
| | ) | ORDER DISMISSING AMENDED PETITION |
| | ) | FOR WRIT OF HABEAS CORPUS |
| D. SMITH, Warden, | ) | (Doc. 4) |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 24, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the Petitioner's claim for disclosure of his medical records and service of Respondent's additional briefing be dismissed as moot; and that the amended petition for writ of habeas corpus be dismissed. (Doc. 21). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order, i.e., no later than November 12, 2008. To date, the parties in this case have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 24, 2008 (Doc. 21), are ADOPTED IN FULL;

2. The Amended petition for Writ of Habeas Corpus (Doc. 4) is DISMISSED; and

3. This order terminates the action in its entirety. The plain language of 28 U.S.C. § 2253(c)(1) does not require a certificate of appealability because this is an appeal from an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. Forde v. U.S. Parole Commission, 114 F.3d 878 (9th Cir. 1997); Ojo v. I.N.S., 106 F.3d 680, 681-682 (5th Cir. 1997); Bradshaw v. Story, 86 F.3d 164, 166 (10th Cir. 1996).

IT IS SO ORDERED.

**Dated:   March 11, 2009**             /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE